United States District Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JANE DOE a/k/a LOLA § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-40 |
| § | |
| HECTOR RODRIGUEZ *et al.* § | |

## ORDER

In this civil rights case, Plaintiff Jane Doe has sued Defendants Webb County and Webb County's Sheriff's Office (WCSO) (Dkt. No. 2). WCSO has filed a motion to dismiss, which argues it is a non-jural entity with no independent legal standing from Webb County (Dkt. No. 11). Ms. Doe's deadline to respond lapsed on June 9, 2023. *See* J. Garcia Marmolejo Civ. Ct. P. 6(A)(4). To date, Ms. Doe has neither responded nor filed a motion for an extension of time. Accordingly, the motion could be granted as unopposed. *See* S.D. Tex. L.R. 7.4.

Nonetheless, the Court has reviewed WCSO's motion and the applicable authorities. WCSO is correct—it is a non-jural entity that cannot be sued. *See, e.g.*, *Khnanisho v. Rivera*, No. 2:22-cv-233, at *1 (S.D. Tex. May 18, 2023) (dismissing San Patricio County's Sherriff's Department as a non-jural entity). Accordingly, WCSO's motion to dismiss (Dkt. No. 11) is **GRANTED**. The Clerk of Court is **DIRECTED** to **TERMINATE** WCSO from this action.

It is so **ORDERED**.

**SIGNED** June 26, 2023.

Marina Garcia Marmolejo
United States District Judge