**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| Jane Doe | § § | |
| *versus* | § § | Case Number: 5:23−cv−00040 |
| Hector Rodriguez, et al. | § § | |

## Notice of Reassignment

By agreement of the judges, this case is reassigned to the docket of United States District Judge John A Kazen. Deadlines in scheduling orders remain in effect.

Date: January 18, 2024

Nathan Ochsner, Clerk