# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Jane Doe

v.                                                                 Case Number: 5:23–cv–00040

Hector Rodriguez, et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Christopher dos Santos**

**LOCATION:**
by telephone
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 4/9/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   January 19, 2024                                                Nathan Ochsner, Clerk