Case 5:23-cv-00040   Document 80   Filed 10/16/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JANE DOE A/K/A LOLA, | § § § § | |
| Plaintiff, | | |
| V. | § § § § § § | CIVIL ACTION NO. 5:23-CV-40 |
| HECTOR RODRIGUEZ, ET AL., | | |
| Defendants. | | |

### FINAL JUDGMENT

For the reasons and in the manner set forth in the Memorandum & Order entered this same date, (Dkt. No. 79), Defendant's Motion for Default Judgment, (Dkt. No. 24), as to Plaintiff's claims for damages is **GRANTED in part** and **DENIED in part**. The Court entered default judgment against Defendant Hector Rodriguez, but it deferred ruling on damages while other claims were pending. (Dkt. No. 34). The Court, in adopting the Magistrate Judge's report and recommendation, now holds that Plaintiff is entitled to compensatory and punitive § 1983 damages, court filing fees, and post-judgment interest against Defendant **HECTOR RODRIGUEZ**. (Dkt. No. 79). Accordingly, Plaintiff shall have and recover damages from Defendant Rodriguez in the following sums:

(1) $1,000,000 in compensatory damages,

(2) $1,000,000 in punitive damages, and

(3) $402 in court filing fees.

(*Id.*). Post-judgment interest shall accrue at a rate of 3.65%, computed daily to the date of payment and compounded annually, as prescribed by 28 U.S.C. § 1961(b).

Following the Court's order, no live claims remain in this case. Webb County Sheriff's Office filed a motion to dismiss, which was granted. (Dkt. No. 13). All claims against Defendants except Hector Rodriguez were dismissed with prejudice following a stipulation of dismissal. (Dkt. Nos. 69, 70). The above-referenced Memorandum & Order, (Dkt. No. 79), disposes of Plaintiff's final claims against the remaining defendant, Hector Rodriguez.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on October 16, 2025.

                                                       _____
                                                      John A. Kazen
                                                      United States District Judge